KTF:JPK
F. #2026R00307

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT AND AFFIDAVIT IN SUPPORT OF APPLICATION FOR AN ARREST WARRANT |
| - against - | |
| PIERRE WILMOTH, | (18 U.S.C. § 2113(a)) |
| Defendant. | 26 MJ 80 |

- - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

THOMAS FORD, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about April 24, 2026, within the Eastern District of New York and elsewhere, the defendant PIERRE WILMOTH did knowingly and intentionally attempt to take by force, violence, and intimidation, from the person and presence of another, money belonging to and in the care, custody, management, and possession of a bank, to wit: Capital One Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Section 2113(a))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.    I have been a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately 8 years, and I am currently assigned to the New York Office ("FBI NY") violent crimes squad (C-19).

2.    I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

3.    On or about the morning of April 24, 2026, the defendant PIERRE WILMOTH attempted an armed robbery of a branch of Capital One Bank, an institution the deposits of which are insured by the Federal Deposit Insurance Corporation, in Brooklyn, New York.

4.    Specifically, on or about April 24, 2026, at approximately 11:44am, the defendant PIERRE WILMOTH entered a Capital One Bank branch located at 2150 86th Street, Brooklyn, New York (the "Bank Branch").

5.    Upon entering the Bank Branch, the defendant PIERRE WILMOTH approached a bank teller and showed him a note.   The note stated that he was armed and demanded "loose bills" in denominations of $100, $50, $20, and $10.   An image of the note, as well as a still image from security camera footage of WILMOTH presenting the note to the teller, are provided below.





WILMOTH handing the note to the teller

4

6.      When the bank teller would not comply with the defendant PIERRE

WILMOTH's demands, WILMOTH fled the Bank Branch.   While inside the Bank Branch,

WILMOTH carried with him a red Target bag, as shown in the still image below from security

camera footage.



WILMOTH exiting the Bank Branch carrying the red Target bag

7.      At approximately 11:55am, a person matching the description of the

defendant PIERRE WILMOTH was located by New York City Police Department ("NYPD")

police officers at the Bay Parkway Subway Station—a subway station approximately one block from the Bank Branch.



WILMOTH inside the Bay Parkway Subway Station

8.      As shown in the above still image from NYPD body camera footage, either before or after entering the subway station, the defendant PIERRE WILMOTH changed his appearance, including by putting on a blue shirt and hat—but the red Target bag that was observed on his person during the bank robbery was still visible, albeit now stored inside a different gray bag.

9.      Despite changing his clothes, the images from both during and after the robbery show the defendant PIERRE WILMOTH wearing glasses and with the same distinctive facial hair, among other physical similarities.

10.      Upon being identified by NYPD police officers in the subway station, an employee of the Bank Branch confirmed that the defendant PIERRE WILMOTH was the perpetrator of the bank robbery.

11.      The defendant PIERRE WILMOTH was arrested by NYPD police officers and taken to the nearby 62nd Precinct in Brooklyn, New York.

12.      As part of a search incident to arrest, the items in the gray bag that the defendant PIERRE WILMOTH was carrying when arrested were collected and catalogued by the NYPD.

13.      Inside the gray bag, NYPD police officers discovered the red Target bag, the robbery note the defendant PIERRE WILMOTH presented to the teller, and a Hi-Point CF380 pistol and magazine.   The pistol had one round in the chamber and four rounds in the magazine.   Images of the items taken into evidence by the NYPD are provided below.



The red Target bag, photographed in NYPD custody



The gray bag, photographed in NYPD custody




The note, photographed in NYPD custody        The pistol, magazine, and ammo, photographed in NYPD custody

14.    I have reviewed the Bank Branch's security camera footage, the NYPD body camera footage, and still images of the items seized from the defendant PIERRE WILMOTH after he was arrested.   Based on this review, I have probable cause to believe the bank robber described above and depicted on the Bank Branch's video surveillance footage is WILMOTH.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant PIERRE WILMOTH so that he may be dealt with according to law.

_____
THOMAS FORD
Special Agent, Federal Bureau of Investigation

Sworn to before me by
telephone this
29th day of April, 2026

_____
THE HONORABLE LARA K. ESHKENAZI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK